Dismissed and
Memorandum Opinion filed February 25, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00851-CV

____________

 

DAVID ARRINGTON, Appellant

 

V.

 

CITIBANK (SOUTH DAKOTA), N.A., Appellee

 

 

 



On Appeal from the County Court at Law No. 2

Fort Bend County, Texas

Trial Court Cause No. 08-CCV-037800

 

 

 



MEMORANDUM
OPINION

            This is an appeal from a judgment signed June 30, 2009.  The
clerk’s record was filed on November 19, 2009.  No reporter’s record or brief was
filed.

            On December 31, 2009, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before February 1, 2010, the Court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.

            Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Yates, Seymore, and Brown.